■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONY VERAS, Appellant. [20 NYS3d 897]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered June 7, 2012, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions regarding the County Court's *Sandoval* ruling (*see People v Sandoval*, 34 NY2d 371 [1974]) are unpreserved for appellate review (*see People v Mantock*, 117 AD3d 753, 754 [2014]; *People v McClain*, 61 AD3d 703, 704 [2009]) and, in any event, without merit.

The defendant's contention that his conviction was not supported by legally sufficient evidence is unpreserved for appellate review (*see People v Gray*, 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review of the evidence pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Balkin, J.P., Hall, Cohen and Hinds-Radix, JJ., concur.